**Ricardo Carbajal RANGEL, Petitioner,**

v.

**John ASHCROFT, Attorney
General, Respondent.**

No. 02–73253.
Agency No. A75–492–585.

United States Court of Appeals,
Ninth Circuit.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Submitted Aug. 11, 2003.*

Decided Aug. 19, 2003.

Before SCHROEDER, Chief Judge, HAWKINS and TASHIMA, Circuit Judges.

MEMORANDUM**

Ricardo Carbajal Rangel, a native and citizen of Mexico, petitions for review of an order of the Board of Immigration Appeals ("BIA") dismissing his appeal from an immigration judge's ("IJ") order denying his application for cancellation of removal under 8 U.S.C. § 1229b. We deny the petition.

We have jurisdiction to review the denial of Rangel's application for cancellation of removal because it involves the purely legal determination of whether an applicant has shown ten years of continuous physical presence. *See* 8 U.S.C. § 1252; *Montero–Martinez v. Ashcroft,* 277 F.3d 1137, 1144 (9th Cir.2002); *Kalaw v. INS,* 133 F.3d 1147, 1150 (9th Cir.1997).

Substantial evidence supports the conclusion that Rangel was ineligible for cancellation of removal because he failed to meet the ten-year continuous residence requirement. *See* 8 U.S.C. § 1229b(b)(1)(A); *Vasquez–Lopez v. Ashcroft,* 315 F.3d 1201, 1203 (9th Cir.2003) (per curiam).

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

